1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK (SBN# 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California  94705
   Telephone:     (510) 848-4752
4  Facsimile:     (510) 848-5819

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| ALMATEEN TWEEDIE, et al., | NO.  C 04 4545 SBA |
|---|---|
| Plaintiffs, v. CITY OF BERKELEY, et al., Defendants. | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON |

THE PLAINTIFFS, BY AND THROUGH THEIR ATTORNEY OF RECORD, JAMES B. CHANIN, AND DEFENDANTS CITY OF BERKELEY, JACK FRIEDMAN,  SGT. S. ROSS S, SGT. REECE , DET. LINDENAU, OFFICER KAPLAN, OFFICER MATHIS AND OFFICER MONTGOMERY, BY AND THROUGH THEIR ATTORNEY OF RECORD, MATTHEW J. OREBIC,

DO HEREBY STIPULATE AND AGREE THAT this entire action is dismissed with prejudice, and that each side is to bear their own costs and attorney's fees.


IT IS SO STIPULATED:


Dated: July 19, 2005                          _____/S/_____
                                              JAMES B. CHANIN
                                              Attorney for Plaintiffs

| | |
|---|---|
| Dated: July 19, 2005 | _____/S/_____ <br> MATTHEW J. OREBIC <br> Attorney for Defendants |
| IT IS SO ORDERED: | |
| Dated: _____, 2005 | _____ <br> SAUNDRA BROWN ARMSTRONG <br> JUDGE OF THE UNITED STATES <br> DISTRICT COURT |

**GRANTED**
*Saundra B. Armstrong*
Judge Saundra B. Armstrong